**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02688-REB-BNB

KEVIN CRAFT,

     Plaintiff,

v.

CONVERGENT OUTSOURCING INC., a Washington corporation,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before me on the **Stipulation of Dismissal With Prejudice** [#12][1] filed December 7, 2012.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal With Prejudice** [#12] filed December 7, 2012, is **APPR0VED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated December 7, 2012, at Denver, Colorado.

     **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.